# United States Court of Appeals for the Fifth Circuit

No. 24-30804

United States Court of Appeals
Fifth Circuit

**FILED**

May 8, 2026

Lyle W. Cayce
Clerk

ALVIN WILLIAMS,

*Plaintiff—Appellee,*

*versus*

DAVID VOORHIES, *Captain*; OMAR WALKER, *Lieutenant,*

*Defendants—Appellants.*

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:21-CV-636

JUDGMENT

Before JONES, DUNCAN, and DOUGLAS, *Circuit Judges.*

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED to the extent it denied summary judgment, and judgment is RENDERED dismissing Williams's claims against Voorhies and Walker based on qualified immunity.

No. 24-30804

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.

DANA M. DOUGLAS, *Circuit Judge*, dissenting in part.



**Certified as a true copy and issued
as the mandate on May 29, 2026**

**Attest:**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

2